## FREEDOM OF INFORMATION ACT REQUEST

DATE: 03/13/2018

TO: U.S. Court

United States District Court
Southern District of Texas
FILED

MAR 13 2018

David J. Bradley, Clerk

RE: F.O.I.A. Request per 5 U.S.C. 552 a

Dear F.O.I.A. Officer:

    This is a specific request under the Freedom of Information Act, 5 U.S.C. 552a et seq.
    I hereby request any and all records, documents, photographs, audio or video recordings or any other type of information that your agency has in its possession that is in any way connected to or related to, or even remotely in reference to the following: Case # 7:13CR00070-S2-00_ All reports made by Jose + Maria Perez, regarding incident at their residence on July 26, 2012 by police officers.
    In the event that you believe that some or all of the requested information is exempt from release, kindly advise me which exemptions you are relying on. Also please provide a Vaughn index for all items withheld, as well as detailed justification for any exemptions claimed, either specifically or implied.
    As required by law, I anticipate a reply within ten (10) working days.
    If there is a cost for the copying of this information, kindly contact me for authorization.

Respectfully,

Signature: Alexis R. Espinoza
Printed Name: FBP# 30344-379

Place of Birth & Birthdate

Social Security Number

### DECLARATION

I, _____, hereby declare that the foregoing is true and correct according to the best of my information, knowledge, and belief.

Dated this _____ day of _____ 20____.

Signature

Printed Name